# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE<br><br>DARHYL BUTLER,<br><br>Debtor. | § <br> § <br> § <br> § <br> § <br> § <br> § | CHAPTER  13<br>CASE NO.: 19-11352 |
| DARHYL BUTLER,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL<br><br>Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | ADVERSARY NO: 24-01001 |

## DISMISSAL WITH PREJUDICE

NOW COMES DARHYL BUTLER, Plaintiff in the adversary proceeding, and respectfully dismisses his case against Ally Financial for failure to furnish a canceled certificate of title to a 2015 Chevrolet Trax with prejudice.

Respectfully submitted this _5th_ day of ___March___, 2024.

LEIDEN and LEIDEN

By: _____
TERRY P. LEIDEN
Ga. Bar No.:445800
Counsel for Debtor/Plaintiff

330 Telfair Street
Augusta, Georgia  30901
(706) 724-8548
courtinfo@leidenandleiden.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE | § § § § § § § | CHAPTER  13 |
| DARHYL BUTLER, | | CASE NO.: 19-11352 |
| Debtor. | | |
| DARHYL BUTLER, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | ADVERSARY NO: 24-01001 |
| ALLY FINANCIAL | | |
| Defendant. | | |

### CERTIFICATE OF SERVICE OF DISMISSAL WITH PREJUDICE OF ADVERSARY PROCEEDING

I hereby certify that I have this day served upon the following parties a copy of the foregoing Dismissal with Prejudice of Adversary Proceeding by First Class Mail placing the same in United States Mail with proper postage affixed thereon to the following addresses:

**Ally Financial**
**Philip Rubin**
**Law Office of Lefkoff, Rubin, Gleason, Russo & Williams, PC**
**5555 Glenridge Connector**
**Suite 900**
**Atlanta, GA  30342**

I hereby certify that I have this day electronically served the following parties and counsel via CM/ECF:

**Chapter 13 Trustee**
**Office of the U.S. Trustee**

Dated: MARCH 5, 2024.

Leiden and Leiden
*A Professional Corporation*
330 Telfair Street
Augusta, GA 30901

Carol Howell
Carol Howell
Legal Assistant