IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CHAPTER 13 |
| DARHYL BUTLER, | § | CASE NO.: 19-11352 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| DARHYL BUTLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO: 24-01001 |
| | § | |
| ALLY FINANCIAL | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S DISMISSAL WITH PREJUDICE

NOW COMES DARHYL BUTLER, Plaintiff in the adversary proceeding, and dismisses

his Complaint, with prejudice, against Ally Financial, Defendant in this case.

This 14 day of _____March_____, 2024.

TERRANCE P. LEIDEN
Counsel for Debtor/Plaintiff
Ga. Bar No.: 445800
LEIDEN AND LEIDEN, P.C.
330 Telfair Street
Augusta, Georgia 30901
(706) 724-8548
courtinfo@leidenandleiden.com

PHILIP RUBIN
Attorneys for Defendant
Ga. Bar No.: 618525
LEFKOFF, RUBIN, GLEASON, RUSSO & WILLIAMS, P.C.
5555 Glenridge Connector Suite 900
Atlanta, GA 30342
(404) 869-6900

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

IN RE

DARHYL BUTLER,

           Debtor.

DARHYL BUTLER,

        Plaintiff,

v.

ALLY FINANCIAL

        Defendant.

§ § § § § § § § § § § § § § § § § §

CHAPTER 13
CASE NO.: 19-11352

ADVERSARY NO: 24-01001

### CERTIFICATE OF SERVICE OF DISMISSAL WITH PREJUDICE OF ADVERSARY PROCEEDING

I hereby certify that I have this day served upon the following parties a copy of the foregoing Dismissal with Prejudice of Adversary Proceeding by First Class Mail placing the same in United States Mail with proper postage affixed thereon to the following addresses:

**Ally Financial**
**Philip Rubin**
**Law Office of Lefkoff, Rubin, Gleason, Russo & Williams, PC**
**5555 Glenridge Connector**
**Suite 900**
**Atlanta, GA 30342**

I hereby certify that I have this day electronically served the following parties and counsel via CM/ECF:

**Chapter 13 Trustee**

**Office of the U.S. Trustee**

**Ally Financial,**
**Philip Rubin**

Dated: MARCH 14 , 2024.

Leiden and Leiden
*A Professional Corporation*
330 Telfair Street
Augusta, GA 30901

Carol Howell
Carol Howell
Legal Assistant